**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**NAME OF CASE:**   *Brubach et al., v. City of Albuquerque*

**USDC NO.**  10cv1113 - MV/ACT                     **__X__ JURY      ____ NON-JURY**

A Rule 16 Settlement Conference was held beginning at 9:30 a.m. on October 13, 2011, before Magistrate Judge Alan C. Torgerson.

**APPEARANCES:**

**For Plaintiff:**
  Marianne L. Bowers

**With Clients:**
  Donna Brubach
  Max Herrera
  Michael Moreno
  Yolanda Moreno
  Ted Paez
  William Rogers
  Walter M. Small
  Rick Walker
  Thelma West
  Velma E. Tapia-Chavez

**For Defendant:**
  Michael I. Garcia
  Edward Bergmann

**With Client:**
  Mark Shepherd, City of Albuquerque
  Peter Ennen, City of Albuquerque

**Others Present:**
  Sean Murphy, Law Clerk (Plaintiffs)

**RESULTS OF SETTLEMENT CONFERENCE:**   Case did not settle.

**TIME SPENT IN SETTLEMENT CONFERENCE:**  4 Hours

_____
**ALAN C. TORGERSON**
United States Magistrate Judge